IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**VANESSA LUCERO,**

    **Plaintiff**

vs.                                                        Case No.: 1:21-cv-649 JFR-LF

**STATE OF NEW MEXICO (NM),**
**HUMAN SERVICES DEPARTMENT,**

    **Defendant.**

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** came before the Court upon the Plaintiff's Stipulation of Dismissal filed on November 17, 2021 (Doc. 19). The Court being fully advised in the premises, **APPROVES** the Stipulation and **FINDS** that this case should be **DISMISSED WITH PREJUDICE**.

**IT IS THEREFORE ORDERED** that the above-entitled cause is **DISMISSED WITH PREJUDICE**. These parties shall bear their own court costs and attorney's fees.

**IT IS SO ORDERED**.

                                                                   _____
                                                                   **JOHN F. ROBBENHAAR**
                                                                   **United States Magistrate Judge**

Submitted by,

BRENNAN & SULLIVAN, P.A.

By:     */s/ Gabriela M. Delgadillo*
        Gabriela M. Delgadillo
        Christina L. G. Brennan
        128 East DeVargas
        Santa Fe, New Mexico 87501
        (505) 995-8514
        gabriela@brennsull.com
        christina@brennsull.com
        *Attorneys for Defendants*

Approved by:

        *Approved via email 11/19/2021*
        Vanessa Lucero
        11108 Buffalo River Road, Southeast
        Albuquerque, NM 87123
        vmalucero@gmail.com
        (505)489-8270
        *Pro Se Plaintiff*